**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ANN MARIE CULP, as Parent and Next
Friend of NAOMI LAYCOCK,

Plaintiff,

v. 2:26-cv-01338-KG-JHR

OTERO COUNTY BOARD OF COUNTY COMMISSIONERS,
NENA SISLER, RUBEN GARZA, MARTIN COOK,
and VITALCORE HEALTH STRATEGIES, LLC,

Defendants.

**ORDER TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE**

THIS MATTER having come before the Court upon the *Joint Motion to Vacate and Reschedule Settlement Conference,* [Doc. 25], and the Court being fully advised on the matter, hereby FINDS that the Motion is well taken and shall be GRANTED.

WHEREFORE, it is ORDERED that the Settlement Conference scheduled for November 10, 2026 is hereby vacated. The Court will schedule a status conference with the parties to discuss a mutually agreeable date in May or June 2027.

THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

NEW MEXICO PRISON & JAIL PROJECT

*/s/ Elaria Youssef*
Elaria Youssef
3800 Osuna Road NE, Ste. 2

Albuquerque, NM 87109
(505) 515-0939
elaria@nmpjp.org
*Attorney for Plaintiff*

APPROVED BY:

ADAMS+CROW LAW FIRM
*Approved via email on 09/24/2026*
Kylee J. Roerick
Samantha M. Adams
Hannah M. Kohler
5051 Journal Center Blvd. Ste. 320
Albuquerque, NM 87109
(505) 582-2819
kylee@adamscrow.com
sam@adamscrow.com
hannah@adamscrow.com
*Attorneys for Defendant Otero County Board of Commissioners,*
*Nena Sisler, and Ruben Garza*

PARK & ASSOCIATES, LLC
*Approved via email on 09/24/2026*
James Grubel
Alfred A. Park
3840 Masthead NE
Albuquerque, NM 87109
(505) 246-2805
jgrubel@parklawnm.com
apark@parklawnm.com
*Attorneys for Defendants Vital Core Health Strategies, LLC*
*and Martin Cook*